UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BLACKBERRY CORPORATION,<br>BLACKBERRY LIMITED,<br><br>  Defendants. | Case No. 4:18-cv-03194-YGR<br><br>[~~PROPOSED~~] **ORDER OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff Affinity Labs of Texas, LLC ("Plaintiff") and Defendants BlackBerry Corporation and BlackBerry Limited ("BlackBerry") have resolved Plaintiff's claims for relief against BlackBerry asserted in Case No. 4:18-cv-03194-YGR. Plaintiff and BlackBerry have therefore requested that the Court dismiss Plaintiff's claims for relief against BlackBerry with prejudice, with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against BlackBerry are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This terminates Dkt. No. 36 and the within action.

Dated: November 8, 2018

*[signature]*
Honorable Yvonne Gonzalez Rogers
United States District Judge